■ In the Matter of JOSEPH P. BARONE, Appellant, v BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents.—Judgment of the Supreme Court, Queens County, entered April 10, 1979, affirmed, with costs, on the opinion of Mr. Justice Leahy at Special Term. Rabin, J. P., Cohalan, O'Connor and Weinstein, JJ., concur.